## HODGINS TRANSFER COMPANY v. JOHN A. CARLSON.

(154 N. W. 254.)

Reversed and remanded by consent of parties.

Opinion filed October 6, 1915.

Appeal from District Court of Ward County; *Leighton,* J. Defendant appeals.

Reversed and remanded by consent of parties.

*W. F. Doherty,* for defendant and appellant.

*Coyle & Herigstad,* for plaintiff and respondent.

PER CURIAM: Error is assigned upon the granting of plaintiff's motion to strike out portions of defendant's answer and counterclaim. The respondent appeared in this court and confessed error, and consented that the cause be reversed and remanded. This being so, and, as a reversal will merely give the parties and the trial court further opportunity to consider the matters involved, a reversal will be ordered and the cause remanded, without a consideration of the merits of the appeal. See 3 Cyc. 404.

Reversed and remanded.